**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**ALEXANDER VILLANUEVA DIAZ,**

**Petitioner,**

**- against -**

**DEPARTMENT OF HOMELAND SECURITY, ET AL.,**

**Respondents.**

---

**26-cv-6592 (JGK)**

**Order**

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear, by telephone, for a conference regarding the petitioner's petition for writ of habeas corpus **today, August 3, 2026, at 5:00 p.m.**

Dial-in: 646-453-4442, with access code 675 278 33#

**SO ORDERED.**

**Dated:** **New York, New York**
**August 3, 2026**

**John G. Koeltl**
**United States District Judge**