**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**ALEXANDER VILLANUEVA DIAZ,**

**Petitioner,**

**- against -**

**DEPARTMENT OF HOMELAND SECURITY, ET AL.,**

**Respondents.**

**26-cv-6592 (JGK)**

**Order**

**JOHN G. KOELTL, District Judge:**

As discussed at the telephone conference held today, the Government should produce to the petitioner the Government's records reflecting the basis for the petitioner's detention. The petitioner may then supplement his petition with an initial memorandum of law suggesting the basis for the petition. The Government may then respond, and the petitioner may reply.

The Government is directed to confer with the petitioner's next friend and to submit a proposed schedule by **Thursday, August 6, 2026**.

Additionally, the Government should undertake to ensure that the petitioner's medical needs are being appropriately tended to.

The Government is directed to serve a copy of this Order on the petitioner.

The Clerk is respectfully requested to email a copy of this order to franciadiaz273@gmail.com.

**SO ORDERED.**

**Dated:** **New York, New York**
**August 3, 2026**

**John G. Koeltl**
**United States District Judge**