Brooklyn Defenders

Application granted. So ordered.

**/s/ John G. Koeltl, U.S.D.J.**
**August 27, 2026**

August 27, 2026

The Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom 14A
New York, NY 10007

**Re: *Villanueva Diaz v. Dep't of Homeland Security* (1:26-cv-06592) – On Consent Request for Leave to Extend the Time to File Supplement to Petition**

Dear Judge Koeltl,

Brooklyn Defenders recently began representing Petitioner Villanueva Diaz in the above-captioned proceeding. On August 17, 2026, this Court endorsed the Government's proposed briefing schedule, to include the opportunity for Petitioner to file a supplement to his petition by August 28, 2026. ECF No. 13.

Undersigned counsel respectfully submit this letter to request an extension of time for Petitioner to file a supplement to his Petition. Respondents' counsel were notified of our request for an extension and the Parties agreed to the following briefing schedule:

- September 11: Petitioner's supplement to Petition
- October 2: Government's Response
- October 9: Petitioner's Reply

We thank the Court for its consideration of this letter.

Sincerely,

*/s/ Lucas Marquez*

Lucas S. Marquez
Erica Rodarte *
Brooklyn Defender Services
177 Livingston Street, 7th Fl
Brooklyn, NY 11201
T: (718) 254-0700
E: lmarquez@bds.org

*Pro Bono Counsel for Petitioner*

** Application for admission pro hac vice forthcoming*