UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER VILLANUEVA DIAZ,

Petitioner,

- against –

DEPARTMENT OF HOMELAND SECURITY, ET AL.,

Respondents.

**26-cv-6592 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to appear by telephone for a conference in connection with the petitioner's motion for leave to proceed under pseudonym on **Monday, September 21, 2026, at 4:30 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated: New York, New York
September 15, 2026

John G. Koeltl
United States District Judge