UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER VILLANUEVA DIAZ,

Petitioner,

- against –

DEPARTMENT OF HOMELAND SECURITY, ET AL.,

Respondents.

26-cv-6592 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The conference scheduled for September 21, 2026 is adjourned.

The parties are directed to appear by telephone for a conference in connection with the petitioner's motion for leave to proceed under pseudonym on **Wednesday, September 23, 2026, at 4:00 p.m.** The Government shall make the petitioner available for the conference.

Dial-in: 646-453-4442, with access code 67527833#.

**SO ORDERED.**

**Dated:** New York, New York
September 21, 2026

John G. Koeltl
United States District Judge