**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| A.V.D.,<br><br>*Petitioner,*<br><br>v.<br><br>KENNETH GENALO, *in his official capacity as* Field Office Director of New York, Immigration and Customs Enforcement, *et al.*,<br><br>*Respondents.* | Case No. 1:26-cv-06592-JGK |

**[~~PROPOSED~~] ORDER**

Pending before the Court is Petitioner's Motion for Leave to Proceed Under Pseudonym ("Motion").

IT IS HEREBY ORDERED that Petitioner's Motion is GRANTED. The Clerk of the Court is directed to seal ECF Nos. 1–22 and to redact the case caption and docket to reflect only Petitioner's pseudonym, namely "A.V.D." The Parties are further directed to refer to Petitioner as "A.V.D.", to redact any identifiable information in future filings (including but not limited to his name and Alien Number), and, if necessary, to file unredacted information under seal.

Entered on 23 day of Sep, 2026

[signature]

United States District Judge