UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A. V.D.,

Petitioner,

- against -

DEPARTMENT OF HOMELAND SECURITY, ET AL.,

Respondents.

26-cv-6592 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The respondents are directed to assure that the petitioner is provided with adequate medical care at the Metropolitan Detention Center including adequate treatment and diet for his diabetes as well as for his asthma, and to provide the Court with a declaration that the care is being provided. The respondents should also provide the Court with a report from a physician on the petitioner's current medical condition, including a response to the Declaration of Dr. Janet Shapiro dated October 6, 2026, provided by the petitioner. The respondents should provide these materials promptly and no later than **November 6, 2026.**

**SO ORDERED.**

**Dated:** New York, New York
October 22, 2026

John G. Koeltl
United States District Judge