**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**A. V.D.,**

**Petitioner,**

**- against -**

**DEPARTMENT OF HOMELAND SECURITY, ET AL.,**

**Respondents.**

---

**26-cv-6592 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

In view of the petitioner's documented medical history in this case, the Government is requested to arrange a current physical examination of the petitioner A. V.D. by a physician and provide a copy of the report to the Court and petitioner's counsel. The Government is also requested to provide a more detailed explanation of why transfer of the petitioner to the Buffalo Federal Detention Facility in Batavia, New York is an appropriate designation for the petitioner in view of the petitioner's medical condition. The Government should provide this information and the report of the current physical examination by **November 30, 2026.**

**SO ORDERED.**

**Dated: New York, New York**
**November 19, 2026**

**John G. Koeltl**
**United States District Judge**